

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00265-CR
No. 07-21-00266-CR

---

**DAKOTA ELLIS HEATH, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 78453-C-CR, 78714-C-CR (Counts I & II), Honorable Ana Estevez, Presiding

February 22, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Dakota Ellis Heath, appeals his conviction for evading arrest or detention using a vehicle,[1] conviction for invasive visual recording (count 1),[2] and from the trial court's order placing him on deferred adjudication community supervision for the offense of invasive visual recording (count 2). Pending before this Court is Appellant's

---

[1] *See* TEX. PENAL CODE ANN. § 38.04(b)(2)(A).

[2] *See* TEX. PENAL CODE ANN. § 21.15(c).

motion to voluntarily dismiss the appeals. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam

Do not publish.